BEFORE THE THIRD DIVISION, NOVEMBER 7, 1958

No. 62429.—Ralph Valls v. United States, protest 253590–K (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62430.—Niagara Wholesale Grocery Corp. et al. v. United States, protests 173362–K, etc. (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

No. 62431.—Darlington Pearl Works v. United States, protests 280605–K and 291341–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C. C. P. A. 82, C. A. D. 677), the claim of the plaintiff was sustained.

No. 62432.—Vandegrift Forwarding Co., Inc., and Liberty Import Corp. v. United States, protests 58/3117 and 58/4487 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiffs was sustained.